Archibald M. Shrady and Others, Respondents, v. Charles H. Appley and Others, Respondents. Joseph D. Gallagher and Harry E. Richards, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Moritz L. Ernst, Respondent, v. Edward M. Wheatley, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary M. Erff, Respondent, v. Charles Erff, Appellant.— Order modified so as to reduce alimony to ten dollars a week and counsel fee to fifty dollars, and as modified affirmed, without costs. No opinion. Settle order on notice.

The People of the State of New York ex rel. William H. Walker, Appellant, v. John F. Ahearn, as President of the Borough of Manhattan, City of New York, Respondent.— Order reversed and alternative writ granted, with fifty dollars costs and disbursements of appeal to abide the final event. No opinion. Settle order on notice.

Emil Erber, Appellant, v. Adolph Oppenheimer, Impleaded with Gustave Schrieber, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John S. Scully, Respondent, v. Joseph D. McNamara, Impleaded with Clarence C. Wheeler, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Benjamin Harris, Appellant, v. Hugo Cohn and Daniel Lowenthal, Respondents, Impleaded with Emil Lowenthal.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The New Idea Pattern Company, Appellant, v. Isaac Milstein, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Candee, Smith & Howland Company, Respondent, v. Henry B. Sire, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Butterick Publishing Company, Ltd., Appellant, v. Theodore J. Chabot, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Rose Wahlig v. Frank A. Wahlig.— Motion granted, with ten dollars costs.

Gregor Landes v. Patrick A. Hart.— Motion denied.

In the Matter of George Moeser.— Motion denied, with ten dollars costs, payable by attorney Von Wilmowsky personally.

In the Matter of East One Hundred and Seventy-ninth Street.— Adjourned to first Friday of January term.

Miguel E. Nassar v. Salim Elias.— Motion denied on payment of ten dollars costs, and on condition that appeal be ready for January term.

The People of the State of New York v. L. George Forgotson. The People of the State of New York v. Charles E. Lewis.— Motions denied on condition that appellants have appeals ready for February term.

The People of the State of New York v. Victor Shanley.— Motion granted unless appeal be ready for March term. Settle order on notice.